

**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

---

*Michael K. O'Leary*
Assistant United States Attorney

970 Broad Street, Suite 700
Newark, NJ 07102
michael.o'leary@usdoj.gov

main: (973) 645-2700
direct: (973) 353-6086

February 24, 2026

**BY ECF**
Hon. Susan D. Wigenton, U.S.D.J.
U.S. District Court for the District of New Jersey
50 Walnut Street
Newark, NJ 07102

Re:   *Miguel Orellana-Torrez v. Todd Lyons, et al.,* No. 25-18907
        **Adjournment Request**

Dear Judge Wigenton:

This Office represents Respondents in the above-referenced habeas matter. We write to respectfully request a one-cycle adjournment of Petitioner's "Motion to Revise Decision" pursuant to Federal Rule of Civil Procedure 54(b) and/or Motion for Reconsideration (the "Motion"). ECF No. 13. The Motion is currently returnable on March 16, 2026. If the Court grants this request, the Motion would be returnable on April 6, 2026, and Respondents' submission would be due on March 23, 2026. This is Respondents first request for an adjournment. Petitioner objects to this adjournment request.

We respectfully submit that good cause exists for this adjournment request. As the Court is aware, this Office is facing an unprecedented volume of emergent immigration habeas petitions. The requested adjournment will allow us to continue to prioritize cases where petitioners have not yet received bond hearings, while still providing the Court and the parties with the benefit of a complete response to the Motion.

If this proposal is acceptable to the Court, we respectfully request that Your Honor so-order this letter and have the Clerk's Office file it on the docket. Thank you very much for your consideration of this request.

SO ORDERED this __24th__ day
of __February__ 20__26__

*/s/ S.D. Wigenton*
**United States District Judge**

Respectfully submitted,

TODD BLANCHE
U.S. Deputy Attorney General