**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **MIGUEL ORELLANA-TORREZ,** | **Civil Action No. 25-18907 (SDW)** |
| **Petitioner,** | |
| v. | **ORDER** |
| **TODD LYONS, et al.,** | |
| **Respondents.** | |

This matter comes before this Court on Petitioner Miguel Orellana-Torrez's motion pursuant to Federal Rule of Civil Procedure 54(b) ("Motion"), Respondents' opposition (ECF No. 13), and Petitioner's reply (ECF No. 17).  For the reasons set forth in the accompanying Opinion filed herewith,

IT IS on this ___9th___ day of___April___, 2026

**ORDERED** that the Motion at ECF No. 13 is **DENIED**; and it is finally

**ORDERED** that the Clerk shall **CLOSE** this case.

_____
Hon. Susan D. Wigenton,
United States District Judge